IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
SEP 18 2007
Clerk, U.S. District Court
By: K Brad Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Case No. 07-8106-JPO

ROBERT HOLCOMB,

Defendant.

# CRIMINAL COMPLAINT

1. I, Special Agent Michael G. Mrachek, the undersigned affiant/complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief, and establishes probable cause that the following offense has been committed:

<u>Count 1</u>

On or about June 20, 2005, in the District of Kansas, the defendant, ROBERT HOLCOMB, by force, violence, and intimidation, took from the person and presence of teller Randy Schaller approximately $3,448 belonging to and in the care, custody, control, management, and possession of Gold Bank, Prairie Village, Kansas, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation. This was done in violation of Title 18, United States Code, Section 2113(a).

2. I further state that I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been for approximately 10 years. I am currently assigned to the Kansas City, Missouri, Police Department's (KCMOPD) Career Criminal Section,

where I primarily investigate violent crime. Prior to joining the FBI, I was employed as a deputy sheriff for approximately six years at the Floyd County, Iowa, Sheriff's Department. This complaint is based on the following facts.

3. On June 20, 2005, FBI SA Kevin J. McCrary interviewed Randy Schaller, a teller at Gold Bank, 7500 State Line, Prairie Village, Kansas. Schaller provided the following information during the interview:

(a) On June 20, 2005, at approximately 3:30 p.m., Schaller was working as a teller behind the Gold Bank teller counter. Schaller heard the bank's outer door open, at which time he observed an unknown white male standing in the bank's vestibule, just outside the bank's lobby area. The Gold Bank entrance consists of outer and inner doors, with a vestibule area in-between. A bank employee must push a button to unlock the inner door to allow customer(s) entrance/access to the bank.

(b) Schaller described the white male as wearing a dark jacket and as having his left hand positioned inside one of his jacket pockets. Schaller was immediately suspicious of the white male due to the warm temperature outside, as well as the white male's left hand being positioned inside his jacket pocket. Schaller instructed the white male to remove his hand from his jacket pocket, after which the white male complied and showed both of his hands to Schaller. Schaller then activated the "unlocking mechanism," which allowed the white male access to the bank's lobby. After entering the bank's lobby, the white male returned his left hand to his jacket pocket, and said something about having a cellular telephone in his jacket pocket..

(c) The white male then approached Schaller at the teller counter and muttered something similar to, "I do have a gun." When Schaller asked the white male

(robber) to repeat what he had said, the robber repeated, "I do have a gun." Schaller immediately realized that he was being robbed, and feared being shot. Schaller provided the robber with $3,448 in United States currency, none of which were bait bills, from his top teller drawer. The robber collected the money with his right hand, and then immediately demanded Schaller's car keys. Schaller quickly provided the robber with the keys to his 1994 green Toyota Camry, Kansas license plate number RBB798. The robber subsequently asked Schaller for the location of his vehicle, after which Schaller identified where his vehicle was parked outside the bank. The robber then exited the bank and entered into Schaller's vehicle, after which the robber fled the area of the bank in Schaller's vehicle.

(d) Schaller described the robber as a white male, approximately 50 years old, 6'0", 165 pounds, medium build, shaggy salt and pepper colored hair; longer in the back, goatee, dark jacket, white shirt, older style wire-rim glasses.

4. On December 7, 2006, SA Mrachek and Prairie Village, Kansas, Police Department (PVKPD) Detective Bill Baldwin, interviewed a confidential source (CS) at the KCMOPD regarding the above-described Gold Bank robbery. The CS provided the following information:

(a) The CS identified "Bobby" (Robert) Holcomb as the person who robbed a small bank in the area of 75th Street and State Line Road during the summer of 2005. The CS became aware of Holcomb's involvement in the Gold Bank robbery when Holcomb admitted to the CS that he (Holcomb) had indeed committed the bank robbery. This conversation between the CS and Holcomb occurred approximately two months after the Gold Bank robbery.

(b) CS said Holcomb told him/her that on the day of the Gold Bank robbery, Holcomb rode the bus to the area of Gold Bank. Additionally, CS knew that Holcomb approached the bank doors with his hands in his pockets, and that a bank employee directed Holcomb to remove his hands from his pockets, prior to the bank employee "buzzing" Holcomb into the bank. CS explained that the bank employee had to unlock the bank doors by activating a button. I am aware that the media press release regarding this incident did not contain information about the suspect being let into the bank, or being asked to remove his hands from his pockets.

(c) CS advised that Holcomb said he demanded money both orally and by a note. After having received money from the victim teller, Holcomb demanded the keys to the victim teller's vehicle. Holcomb subsequently departed the bank in the victim teller's vehicle. CS was aware that Holcomb had trouble getting the victim teller's vehicle into reverse upon fleeing the bank. Holcomb only kept the victim teller's vehicle for approximately one day before he abandoned the vehicle in an unknown grocery store parking lot.

(d) CS was shown a surveillance photograph from the above-described Gold Bank robbery, after which the CS advised, "That's Bobby Holcomb, I told you."

(e) Holcomb told the CS that he threatened the victim teller by saying that he had a gun, but that he did not actually have possession of any firearm.

5. On July 4, 2005, Randy Schaller's 1994 green Toyota Camry, previously stolen during the June 20, 2005, robbery of Gold Bank, was recovered by the KCMOPD at 5900 Wilson, Kansas City, Missouri. PVKPD Detective Daryl Thompson subsequently processed the vehicle for latent fingerprints with negative results. A Price

Chopper grocery store is located at 5800 Wilson Road, Kansas City, Missouri.

6. On December 13, 2006, SA Mrachek and Detective Baldwin showed a surveillance photograph from the above-described Gold Bank robbery to Cathy Schartz, a State of Missouri Probation and Parole Officer. Schartz immediately identified the depicted robber in the Gold Bank surveillance photograph as Robert H. Holcomb, date of birth November 7, 1952. Schartz advised that she supervised Holcomb from approximately March of 2000 to May of 2001, concerning Holcomb's previous murder conviction in Kansas. Schartz explained that Holcomb's supervision was transferred to Missouri from Kansas due to Holcomb's residency in Missouri. Schartz noted that Holcomb wears large distinguishable eye glasses. Additionally, Schartz advised that Holcomb was addicted to heroin.

7. On December 20, 2006, SA Mrachek and Detective Baldwin showed a surveillance photograph from the above-described Gold Bank robbery to Twila K. Coates. Coates immediately identified the depicted robber in the Gold Bank surveillance photograph as Robert H. Holcomb. Coates advised that she previously had a long-time romantic relationship with Holcomb, and lived with him (Holcomb) at two different locations after his release from the State of Kansas prison system. Coates said Holcomb was an avid narcotics and pills user. Coates last saw Holcomb in either 2001 or 2002. Coates described Holcomb as wearing eye glasses with thick lenses and as having large eyes.

8. On January 25, 2007, SA Mrachek and Detective Baldwin showed Charles and Mary Lynn Scudder a surveillance photograph from the above-described Gold Bank robbery. Both Charles and Mary Lynn Scudder subsequently identified the

depicted robber as Mary Lynn's brother, Robert "Bobby" Holcomb. Charles and Mary Lynn Scudder last saw Holcomb in late 2003.

Charles Scudder confirmed that Holcomb previously had a girlfriend who had a first name of Twila. Charles Scudder advised that the last time he saw Holcomb in 2003, he looked very similar to the way he looks in the shown surveillance photograph. Charles Scudder is a retired KCMOPD officer, having retired approximately five years ago.

Mary Lynn Scudder advised that Holcomb has had a substance abuse problem in the past. Mary Lynn Scudder was aware that when Holcomb resided with their mother on 61st in Kansas City, Missouri, he (Holcomb) kept needles (drug-related) at the residence.

9. On June 22, 2005, Sondra Weber, Employee, Gold Bank, identified Gold Bank's Federal Deposit Insurance Corporation (FDIC) certificate number as 13155.

Michael G. Mrachek
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 15th day of September, 2007, at Kansas City, Kansas.

JAMES P. O'HARA
United States Magistrate Judge